

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

Nos. 04-14-00148-CR & 04-14-00149-CR

Charles Ray **PRINGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR7950 & 2013CR7951
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on May 21, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle, Clerk